# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia
### Savannah Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2009 MAY 18 PM 2: 17
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: CR499-00062-001 |
| Earl Cephus Pinckney ) | USM No: 10014-021 |
| Date of Previous Judgment: June 16, 1999 ) | Gerald Olding |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __240__ months **is reduced to** __228 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __34__          Amended Offense Level: __32__
Criminal History Category: __VI__        Criminal History Category: __VI__
Previous Guideline Range: ___ to __240__ months   Amended Guideline Range: __210__ to __240__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**
The Court's prior order in response to the defendant's 18 U.S.C. § 3582(c)(2) motion was vacated and remanded by the Eleventh Circuit because the defendant's offense level has been lowered, notwithstanding his career offender designation. In accordance with the required review of the sentencing factors set forth in 18 U.S.C. § 3553(a), the Court has imposed a sentence near the middle of the amended advisory guideline range. The defendant distributed significant quantities of cocaine in this community for several years; however, it appears he may have withdrawn from such conduct several years prior to his arrest. The defendant's two prior drug-related convictions and his prior conviction for strong arm robbery concern the Court. When considering all of the Section 3553(a) sentencing factors, the Court finds a sentence of 228 months is appropriate.

Except as provided above, all provisions of the judgment dated __June 16, 1999,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __5-18-2009__

_____
Judge's signature

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia

Effective Date: _____
(if different from order date)            Printed name and title