# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 DEC 15 AM 8: 45

CLERK _____
SO. DIST. OF GA.

United States of America
v.
Earl Cephus Pinckney

)
)
)
)
)
)
)
)

Case No: 4:99CR00062-1

USM No: 10014-021

Gerald Olding
*Defendant's Attorney*

Date of Original Judgment: June 16, 1999
Date of Previous Amended Judgment: April 26, 2012
*(Use Date of Last Amended Judgment if Any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ **DENIED.**   ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  June 16, 1999  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: Dec 14, 2015

*Judge's signature*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*

Effective Date: _____
*(if different from order date)*